Argued and submitted August 29, affirmed October 31, 2001

# STATE OF OREGON,
*Respondent,*

*v.*

# CALVIN W. DOW, JR.,
*Appellant.*

9409-35854; A105922

34 P3d 179

David E. Groom, State Public Defender, and Rankin Johnson, Deputy Public Defender, filed the brief for appellant.

Hardy Myers, Attorney General, Michael D. Reynolds, Solicitor General, and Timothy A. Sylwester, Assistant Attorney General, filed the brief for respondent.

Before Landau, Presiding Judge, and Deits, Chief Judge,* and Brewer, Judge.

PER CURIAM

Affirmed. *State v. Crain,* 177 Or App 627, 33 P3d 1050 (2001).

---

* Deits, C. J., *vice* Warren, S. J.